```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 12548
   RICHARD D HARRIS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8551

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/13/2007 and was not confirmed.

      The case was dismissed without confirmation 08/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
HOMEQ SERVICING CORP    NOTICE ONLY    NOT FILED             .00           .00
COUNTRYWIDE HOME LOANS  NOTICE ONLY    NOT FILED             .00           .00
COUNTRYWIDE HOME LOANS  SECURED NOT I        .00             .00           .00
COUNTRYWIDE HOME LOANS  SECURED NOT I        .00             .00           .00
PRO SE DEBTOR           DEBTOR ATTY          .00                           .00
TOM VAUGHN              TRUSTEE                                            .00
DEBTOR REFUND           REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------       --------------
TOTALS                      .00                       .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
      Dated: 12/03/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE